IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN AND
FOR LEE COUNTY FLORIDA

CASE NO: 20-CA-

**RONALD WHITE,**

    **Plaintiff,**

vs.

**WAL-MART STORES EAST, LP, and
Deanna, Store Manager,**

    **Defendant.**     /

## COMPLAINT

COMES NOW Plaintiff, RONALD WHITE, and sues Defendant, WAL-MART STORES EAST, L.P., and DEANNA, STORE MANAGER, and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff is a natural person residing in Lee County, Florida.

1

**Exhibit A**

3. At all times material to this action, WAL-MART STORES EAST LP is a foreign partnership licensed to do business in the State of Florida.

4. At all times material to this action and upon reason and belief, DEANNA is a natural person residing in Lee County, Florida.

5. At all times material hereto, Defendant WAL-MART STORES EAST LP was the owner and in possession of that certain business located at 4770 COLONIAL BLVD FT MYERS, 33966, said business being that of a Wal-Mart general store, open to the general public, including the Plaintiff herein.

6. At all times material hereto, Defendant DEANNA, STORE MANAGER was the actual control of that certain business located at 4770 COLONIAL BLVD FT MYERS, 33966, said business being that of a Wal-Mart general store, open to the general public, including the Plaintiff herein.

7. On or about the 3rd of July 2020, Plaintiff visited Defendant's premises located at the above address going into the store.

8. At said time and place, Plaintiff was shopping, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for his safety.

### COUNT I: NEGLIGENCE AGAINST WAL-MART

9. Plaintiff repeats and incorporates by reference the allegations of paragraphs 1 through 8 of this complaint as if expressly rewritten and set forth fully here.

10. On or about the 3rd of July 2020, while Plaintiff was in the exercise of due care and lawfully on defendant's above-mentioned retail premises in Fort Myers, Florida,

2

Plaintiff sustained severe and permanent injuries when he slipped and fell on a rotten banana in the frozen food aisle.

11. Defendant WAL-MART STORES EAST, LP, and Defendant's agents, servants, and employees, owed a duty to plaintiff to use reasonable care to maintain the retail premises in a safe condition for the benefit of persons lawfully on the premises, such as Plaintiff.

12. The injuries sustained by plaintiff were a direct and proximate result of the negligence of Defendant WAL-MART STORES EAST, LP, Defendant's agents, servants, and employees as follows:

a. Defendant WAL-MART STORES EAST, LP negligently failed to provide adequate safety measures and negligently failed to take adequate precautions to protect the safety of its patrons and customers, including RONALD WHITE, from reasonably foreseeable hazards of a rotten banana in the frozen food aisle.

b. Defendant WAL-MART STORES EAST, LP negligently promulgated and maintained inadequate rules, procedures, or protocols regarding the cleanup and maintenance of it's walkways, a rotten banana in the frozen food aisle.;

c. Defendant WAL-MART STORES EAST, LP failed to provide the plaintiff with a reasonably safe place to shop;

d. Defendant WAL-MART STORES EAST, LP failed to adequately supervise and instruct its employees and their work;

e. Defendant WAL-MART STORES EAST, LP failed to adequately inspect its retail premises prior to the plaintiff's injuries;

        g. Defendant WAL-MART STORES EAST, LP failed to adequately guard against foreseeable falls from rotten bananas in the frozen food aisle on its retail premises;

        h. The premises were in an unreasonably dangerous condition.

13. As a direct and proximate result of the negligence of Defendant, WAL-MART STORES EAST, LP, its agents, servants, and employees, Plaintiff was caused to sustain severe injuries in and about his body, including injuries to his arms and hands, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of a previously existing condition. Plaintiff has been caused to suffer and will continue to suffer great pain of body and mind. Plaintiff's ability to enjoy life has been greatly diminished. Plaintiff has incurred great expense for medical care and treatment and will continue to incur such expense in the future.

14. WHEREFORE, the Plaintiff, RONALD WHITE, sues the Defendant, WAL-MART STORES EAST LP, for damages and demands judgment in excess of Thirty thousand one dollar and no cents ($30,001.00), plus interest and costs, **and demands trial by jury of all issues so triable.**

### COUNT II: ACTIVE NEGLIGENCE AGAINST STORE MANAGER DEANNA

15. Plaintiff repeats and incorporates by reference the allegations of paragraphs 1 through 8 of this complaint as if expressly rewritten and set forth fully here.

4

16. This Count of this Complaint is an action by Plaintiff, RONALD WHITE, for damages in excess of thirty thousand one dollar and no cents ($30,001.00) against Defendant Deanna who was the store manager on duty at the time of the alleged incident.

17. At all times material hereto, Defendant, DEANNA, as manager of said store referred to in numbered paragraph 2 above, was in control of said business premises and owed Plaintiff a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of business invitees on the premises, which included reasonable efforts to keep the premises free from falling shelves and objects that might foreseeably give rise to loss, injury, or damage including injury to Plaintiff RONALD WHITE.

18. Defendant DEANNA, by virtue of his having control over the subject Wal-Mart store, had a duty to inspect the premises for dangerous conditions.

19. Defendant DEANNA, by virtue of his having control over the subject Wal-Mart store, had a duty to control the cleaning and maintenance within the retail store.

20. It was Defendant DEANNA's duties and responsibilities as store manager of the subject Wal-Mart store to inspect the premises for dangerous conditions.

21. Defendant DEANNA actually knew, or should have known, that the banana in question was dangerous because the banana was in a state of deterioration for a sufficient length of time such that she should have known about the dangerous condition of the banana.

22. Defendant, DEANNA, negligently failed to exercise reasonable care relating to the said business premises while under her control and was actively negligent by breaching her duty by:

    a) Negligently failing to maintain or adequately maintain the walkways in the frozen food aisle, thus creating a hazardous condition to members of the public walking

5

through the frozen food aisle while shopping, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently failing to inspect or adequately inspect the walkways of the frozen food aisle, as specified above, to ascertain whether the banana in said aisle constituted a hazard to patrons walking though the frozen food aisle while shopping, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the banana, when Defendant DEANNA knew or through the exercise of reasonable care should have known that said banana was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the banana, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

23. As a result, while Plaintiff RONALD WHITE was visiting the subject Wal-Mart, he slipped and fell in the frozen food aisle on a rotting banana and Plaintiff sustained injuries as set forth.

24. As a direct and proximate result of the active negligence of Defendant, DEANNA, Plaintiff was caused to sustain severe injuries in and about his body, including injuries to his arms and hands, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and

6

aggravation of a previously existing condition. Plaintiff has been caused to suffer and will continue to suffer great pain of body and mind. Plaintiff's ability to enjoy life has been greatly diminished. Plaintiff has incurred great expense for medical care and treatment and will continue to incur such expense in the future.

25. **WHEREFORE**, the Plaintiff, RONALD WHITE, sues the Defendant, DEANNA, for damages and demands judgment in excess of thirty thousand and one dollar and no cents ($30,001.00), plus interest and costs, **and demands trial by jury of all issues so triable.**

**RESPECTFULLY** submitted this 12th day of March, 2020.

/s/ *Adam Charles Robert Heisner*
ADAM CHARLES ROBERT HEISNER, ESQ.
FBN: 124727
Morgan & Morgan
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: (239) 433-6880
Attorneys for Plaintiff
E-Mail: aheisner@forthepeople.com
nwilson@forthepeople.com